**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Trojan EV, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

86-2324201

**4. Debtor's address**

Principal place of business

**6415 Mesa Drive, Suite B**
**Houston, TX 77028**
Number, Street, City, State & ZIP Code

**Harris**
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Trojan EV, LLC**                                                                 Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **Trojan EV, LLC**                                                       Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases**      ☐ No
     **pending or being filed by a**
     **business partner or an**        ■ Yes.
     **affiliate of the debtor?**

List all cases. If more than 1,      Debtor   **Golf Carts of Cypress LLC** _____   Relationship _____   **Affiliate** _____
attach a separate list

District   **Southern District of**      When   **4/29/24** _____   Case number, if known _____
             **Texas** _____

**11.** **Why is the case filed in**      *Check all that apply:*
     *this district?*
                          ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                              preceding the date of this petition or for a longer part of such 180 days than in any other district.

                          ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**       ■ No
     **have possession of any**
     **real property or personal**     ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**
                                     **Why does the property need immediate attention?** (*Check all that apply.*)

                                     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                        What is the hazard? _____

                                     ☐ It needs to be physically secured or protected from the weather.

                                     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                     ☐ Other

                                     **Where is the property?** _____

                                                             Number, Street, City, State & ZIP Code

                                     **Is the property insured?**

                                     ☐ No

                                     ☐ Yes.   Insurance agency _____

                                                Contact name _____

                                                Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of**   .   *Check one:*
     **available funds**
                              ■ Funds will be available for distribution to unsecured creditors.

                              ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**    ■ 1-49               ☐ 1,000-5,000           ☐ 25,001-50,000
     **creditors**            ☐ 50-99              ☐ 5001-10,000           ☐ 50,001-100,000
                             ☐ 100-199            ☐ 10,001-25,000         ☐ More than100,000
                             ☐ 200-999

**15.** **Estimated Assets**       ☐ $0 - $50,000          ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                             ☐ $50,001 - $100,000     ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                             ■ $100,001 - $500,000    ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                             ☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **Trojan EV, LLC**                                                                Case number (*if known*)  _____
     Name

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | __Trojan EV, LLC__ | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __April 29, 2024__
              MM / DD / YYYY

X _____          __Federico D. Nell__
Signature of authorized representative of debtor          Printed name

Title   __Sole Member__

**18. Signature of attorney**

X  __/s/ Jason P. Kathman__                    Date __April 29, 2024__
Signature of attorney for debtor                          MM / DD / YYYY

__Jason P. Kathman__
Printed name

__Spencer Fane__
Firm name

__5700 Granite Parkway__
__Suite 650__
__Plano, TX 75024__
Number, Street, City, State & ZIP Code

Contact phone   __972-324-0300__          Email address   __jkathman@spencerfane.com__

__24070036 TX__
Bar number and State

## Resolution of the Manager of
## Trojan EV, LLC,
## a Wyoming limited liability company

Pursuant to the provisions of the Texas Business Organizations Code, the undersigned Manager, with the consent of the sole Member of Trojan EV, LLC, a Wyoming limited liability company (the "**Company**"), HEREBY CONSENTS to the adoption of the following resolutions.

WHEREAS, Federico Nell is the sole member of the Company (the "**Member**"); and

WHEREAS, Federico Nell (the "**Manager**") as the sole member is the Manager with sole authority to manage the Company; and

WHEREAS, the Manager has considered the financial and operational aspects of the Company's business and has determined that it is desirable and in the best interests of the Company, its creditors, equity holders, and other interested parties that the Company file a petition seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"); and

WHEREAS, the Manager, who is the sole member of the Company, consents to undertake the actions memorialized herein.

NOW, THEREFORE BE IT RESOLVED that the Manager recommends and directs the Company to seek relief under the provisions of the Bankruptcy Code:

RESOLVED FURTHER, that Manager, Federico Nell, is hereby individually authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for the Southern District of Texas at such time as the Manager shall determine;

RESOLVED FURTHER, that the Manager, and such other officers of the Company as the Manager shall, from time to time, designate, be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers, and to take any and all actions that the Manager may deem necessary or proper in connection with the Chapter 11 case;

RESOLVED FURTHER, that the law firm of Spencer Fane LLP be employed as counsel for the Company in connection with the Company's Chapter 11 case;

RESOLVED FURTHER, that the Manager is authorized and empowered in the name and on behalf of the Company, to (i) take or cause to be taken any and all such further actions and to prepare, execute, and deliver or cause to be prepared, executed, and delivered, and where necessary or appropriate, file or cause to be filed with the appropriate governmental authorities, all such other instruments and documents, (ii) incur and pay or cause to be paid all fees and expenses, and (iii) engage such persons as such Manager in his or her sole discretion, may determine to be necessary

or appropriate to carry out fully the intent and purposes of the foregoing resolutions and each of the transactions contemplated thereby, such determination to be conclusively established by the taking or causing of any such further action;

RESOLVED FURTHER, that all lawful actions of any kind previously taken by the Manager of the Company, or any person or persons designated or authorized to act by the Company, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved and adopted as acts of the Company;

RESOLVED FURTHER, that these resolutions may be executed by facsimile, telecopy, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

IN WITNESS WHEREOF, the undersigned, being the Manager of the Company, has executed this written consent to be effective as of this 29th day of April, 2024.

TROJAN EV, LLC
A Wyoming limited liability company

By: _____

Name: Federico Nell
Title: Manager

**RESOLUTION OF THE MANAGER OF TROJAN EV, LLC – PAGE 2 OF 3**

**Consent of Member:**

FEDERICO NELL

By: _____          Date: ___4/29/24_____