IN IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **TROJAN EV, LLC, *et al*.**[1] | § | Case No. 24-31910 |
| | § | |
| **Debtors.** | § | (Jointly Administered) |

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE

PLEASE BE ADVISED that Trojan EV, LLC ("**Trojan EV**") and Golf Carts of Cypress, LLC ("**GCC**"), post-confirmation debtors and debtors-in-possession in the above referenced bankruptcy case, hereby file this *Notice of Occurrence of Effective Date*. The Bankruptcy Court's *Amended Findings of Fact, Conclusions of Law and Order Confirming Debtors' Joint Plan of Reorganization* [Docket No. 165] (the "**Confirmation Order**") was entered on January 15, 2025. All conditions precedent to the Effective Date, as described in the Debtors' Joint Plan of Reorganization (the "**Plan**"), have occurred or have been waived as of **February 27, 2025**. No stay of the Confirmation Order was in effect as of that date. Accordingly, the Reorganized Debtors file this Notice and inform all parties and the Court of the occurrence of the Effective Date on **February 27, 2025**.

PLEASE BE FURTHER ADVISED that all applications to approve administrative claims must be filed by the Administrative Claim Bar Date set forth in Section 4.1 of the Plan, which shall occur on **March 30, 2025**.

---

[1] The debtors and debtors-in-possession in these Chapter 11 Cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Trojan EV, LLC (4201) ("Trojan EV"), Case No. 24-31910; and Golf Carts of Cypress, LLC (6366) ("GCC"), Case No. 24-31911. The Debtors' mailing address is: P.O. Box 19370, Houston, TX 77224.

PLEASE BE FURTHER ADVISED that all applications to approve professional claims must be filed by the Professional Claim Bar Date set forth in Section 4.2 of the Plan, which shall occur on **March 30, 2025**.

Of this Notice, take due regard.

Dated: February 27, 2025.   Respectfully submitted,

*/s/ Megan F. Clontz*
Jason P. Kathman
Texas Bar No. 24070036
Megan F. Clontz
Texas Bar No. 24069703
SPENCER FANE LLP
5700 Granite Parkway, Suite 650
Plano, TX 75024
(972) 324-0300 – Telephone
(972) 324-0301 – Facsimile
Email: jkathman@spencerfane.com
Email: mclontz@spencerfane.com

**COUNSEL FOR REORGANIZED DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, a true and correct copy of the foregoing was served electronically upon all parties requesting notice via the Court's electronic transmission facilities and to the parties included in the attached mailing matrix via first class mail.

*/s/ Megan F. Clontz*
Megan F. Clontz